(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ULMC2CORP.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Bayplas2, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**51-0395113** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**300 Delaware Avenue**<br>**Suite 900**<br>**Wilmington, DE 19801** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **New Castle** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Two North Tamiami Trail**<br>**Suite 900**<br>**Sarasota, FL 34236** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s)     ☐ Railroad<br>■ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other_____ | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business     ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ULMC2CORP.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See attached Annex "A"** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date_____

X_____/s/ Signature of Attorney_____
Signature of Attorney for Debtor(s)
**Jeffrey M. Schlerf, Esquire (3047)**
Printed Name of Attorney for Debtor(s)
**The Bayard Firm**
Firm Name
**222 Delaware Avenue**
**Suite 900**
**Wilmington, DE 19801**
Address
**(302) 655-5000**
Telephone Number
_August 25, 2002_
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____/s/ Oliver J. Janney_____
Signature of Authorized Individual
**Oliver J. Janney**
Printed Name of Authorized Individual
**Vice President**
Title of Authorized Individual
_August 25, 2002_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# ANNEX A

| Bankruptcy Cases Concurrently Filed By Any Partner or Affiliate of the Debtor | | | |
|---|---|---|---|
| **Name of the Debtor** | **Date** | **Relationship** | **District** |
| Uniroyal Technology Corporation | August 25, 2002 | Affiliate | Delaware |
| Sterling Semiconductor, Inc. | August 25, 2002 | Affiliate | Delaware |
| NorLux Corporation | August 25, 2002 | Affiliate | Delaware |
| Uniroyal Optoelectronics, Inc. | August 25, 2002 | Affiliate | Delaware |
| Uniroyal Compound Semiconductors, Inc. | August 25, 2002 | Affiliate | Delaware |
| UEP Holdings, Inc. | August 25, 2002 | Affiliate | Delaware |
| High Performance Plastics, Inc. | August 25, 2002 | Affiliate | Delaware |
| Uniroyal Engineered Products LLC | August 25, 2002 | Affiliate | Delaware |
| Uniroyal HPP Holdings, Inc. | August 25, 2002 | Affiliate | Delaware |
| Uniroyal Liability Management Company, Inc. | August 25, 2002 | Affiliate | Delaware |
| UnitechIND, Inc. | August 25, 2002 | Affiliate | Delaware |
| UnitechNJ, Inc. | August 25, 2002 | Affiliate | Delaware |
| UnitechOH, Inc. | August 25, 2002 | Affiliate | Delaware |
| UNR Service Corporation | August 25, 2002 | Affiliate | Delaware |

# CERTIFICATE OF SECRETARY

I, **Oliver J. Janney**, hereby certify as follows:

1. I am the duly elected secretary of ULMC2CORP., a corporation organized and existing under the laws of the State of Delaware (the "Corporation").

2. The following resolutions were adopted at the meeting of the Board of Directors of the Corporation held on August 24, 2002, throughout which a quorum was present and voting:

>    RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that the Corporation file a petition seeking relief under the Bankruptcy Code; and be it

>    FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized and directed, on behalf of and in the name of the Corporation, to execute and verify the petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as the officer executing said petition on behalf of the Corporation shall determine; and be it

>    FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the chapter 11 case, and in that connection to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the chapter 11 case; and be it

>    FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of White & Case LLP, upon such terms and conditions as the officers shall approve, to render legal services to, and to represent, the Corporation in connection with the chapter 11 proceedings; and be it

>    FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of The Bayard Firm, upon such terms and conditions as the officers shall approve, to render legal services to, and to represent, the Corporation in connection with the chapter 11 proceedings; and be it

>    FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized to retain on behalf of the Corporation other

attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Corporation's chapter 11 case, upon such terms and conditions as the officers shall approve, to assist the Corporation in connection with the chapter 11 proceedings on such terms as are deemed necessary, proper and desirable;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Corporation to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 cases, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and be it

FURTHER RESOLVED, that the officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

3. The foregoing resolutions have not been amended or otherwise modified at the date hereof.

**IN WITNESS WHEREOF** I have signed this Certificate this 25th day of August, 2002.

_____
Oliver J. Janney, Secretary

United States Bankruptcy Court
District of Delaware

In re: ULMC2CORP.

Case No._____

## List of 20 Largest Unsecured Creditors
## Pursuant to Bankruptcy Rule 1007(d)

The following is a list of creditors holding the 20 largest unsecured claims against the above-captioned debtor (the "Debtor"). The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency claim places the creditor among the holders of the 20 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding upon, the Debtor. The Debtor reserves the right to challenge the amount or validity of any claim.

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, and Complete Mailing Address of Creditor Contact Person | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff. | Amount of Claim (If Secured, State Value of Security) |
|---|---|---|---|---|
| None | | | | |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Howard R. Curd, the Chairman of ULMC2CORP, declare under penalty of perjury that I have reviewed the List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: August 25, 2002

**ULMC2CORP**

By: _____
Name: Howard R. Curd
Title: Chairman